# EXHIBIT A

TDCJ-PD

# State of Texas

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PARDONS AND PAROLE DIVISION
Certificate of Parole

Date of issuance: 12/08/2009

| | | |
|---|---|---|
| Name<br>WILLIAMS,GEORGE NEAL | TDCJ #<br>01002786 | SID #<br>02627182 |

Legal county of residence        Approved county of release
HARRIS                           GALVESTON       Due to: TREATMENT



Location:   Unit KY, TDCJ-ID

Cause#:   833993

---

The Texas Department of Criminal Justice Institutional Division (TDCJ-ID) of the State of Texas has determined that said offender is eligible for Parole under the provisions of Chapter 508, Texas Gov't. Code.  THEREFORE, the Texas Board of Pardons and Paroles (Board) hereby orders that said offender be released under Parole and shall immediately report to the office indicated below for supervision:

WEBSTER PAROLE OFFICE              Go directly to your approved residential plan.  Report to
12454 HWY 3                        your Parole Officer by 9 A.M. the first working day after
WEBSTER, TX  77598                 release date.  Failure to do so will cancel further gate
(281)212-8500                      money and result in the issuance of arrest warrant.

and shall be permitted to be at liberty in the legal custody of the Parole Division of the Texas Department of Criminal Justice but subject to the orders of the Board and the Texas Department of Criminal Justice Parole Division, and under the rules and conditions of Parole herein. The period of Parole shall be for a period equivalent to the maximum term for which the offender was sentenced less calendar time actually served on the sentence.  The time to be served under Parole is also calculated as calendar time.  The certificate shall become effective when eligibility requirements for Parole under Chapter 508, Texas Gov't. Code have been met or when Parole is ordered by the Board, and when all rules and conditions, including statutorily mandated, general and special conditions are agreed to by said offender.

---

STATUTORILY MANDATED CONDITIONS

Unless otherwise provided, I shall reside in the county in which I resided at the time I committed the offense for which I was sentenced to the Institutional Division or the county of the offense for which I was sentenced to the Institutional Division if I was not a resident of the State of Texas.

I shall demonstrate an educational skill level that is equal to or greater than the average skill level of students who have completed the sixth grade in a public school in the State of Texas.

I shall submit to testing for alcohol or controlled substances.

I shall not communicate directly or indirectly with the victim; go to or near the residence, place of employment, or business of the victim; or go to or near a school, day-care facility, or similar facility where a dependent child of the victim is in attendance.

I shall not intentionally or knowingly communicate directly or indirectly with, nor intentionally or knowingly go near a residence, school, place of employment, or business of the offense for which I was sentenced to the Institutional Division.

I shall reimburse the State of Texas for the costs of any Post-Secondary Educational Programs in which I participated in TDCJ.

Upon written instruction from my supervising officer:

I shall participate in a drug or alcohol continuum of care treatment program.

I shall register as a sex offender under Chapter 62, Code of Criminal Procedure.

I shall not go in, on or within a distance specified by a parole panel of premises where children commonly gather, nor shall I supervise or participate in any Program that includes as participants or recipients, persons who are 17 years of age or younger, and I shall attend psychological counseling as specified by my supervising officer.

I shall perform not less than 300 hours of community service at a service project designated by a parole panel.

---

SPECIAL CONDITIONS

L    - I shall be assigned to the maximum level of supervision or supervision caseload until appropriate level of supervision is further
       established by objective assessment instrument and supervision case classification.
0.05 - I shall participate in a drug or alcohol abuse continuum of care treatment program.
S    - I shall submit to a substance (alcohol/ narcotics) treatment program, which may include urinalysis monitoring, attendance at scheduled
       counseling sessions, driving restrictions or any of the related components as directed by the supervising parole officer;
S    - Not unlawfully use drugs, narcotics, or controlled substances.
S    - I will not use intoxicating inhalants.
S    - I will not consume alcoholic beverages.
S    - I will submit to urinalysis monitoring.

ISSUED BY ORDER OF THE BOARD OF PARDONS AND PAROLES AT AUSTIN, TEXAS ON THE 8TH DAY OF DECEMBER, 2009.

RISSIE OWENS
BOARD OF PARDONS AND PAROLES

If Parole is satisfactorily completed, maximum expiration
date will be:



Page 1

## Certificate of Parole

Name                                                TDCJ #              SID #
WILLIAMS,GEORGE NEAL                                 01002786            02627182

S    - I will submit to alcohol use testing.
T    - I shall comply with Electronic Monitoring program.

# State of Texas

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**PARDONS AND PAROLE DIVISION**

Certificate of Parole
General conditions of parole release

Scanned OIMS

JAN 2 5 2010

by _____

| Name | TDCJ # | SID # |
|------|--------|-------|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 |

In consideration of the Parole granted me by the Board, I do hereby accept such Parole.  I recognize that my release is conditional based upon my performance of the following terms and conditions:

1.  I shall upon release from the institution, report immediately, as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

2.  I shall commit no offense against the laws of this State or of any other State or of the United States.

3.  I shall reside in a specified place as approved by my supervising officer.

4.  I shall not travel outside the State of Texas without the approval of my supervising officer.

5.  I shall not unlawfully own, possess, use, sell, nor have under my control any weapon or illegal weapon.

6.  I shall avoid persons or places of disreputable or harmful character.

7.  I shall not enter into any agreement to act as "Informer" or special agent for any law enforcement agency without specific written approval of the Parole Division Director or designee.

8.  I shall abide by all Special Conditions imposed upon me by the Board.

9.  General Provisions:

    A.  I hereby agree to abide by all rules of Parole supervision imposed by Texas or the receiving state including, but not limited to, the requirement that I appear at any hearings or proceedings concerning alleged violations of Parole as required by the law of the receiving state, any state in which I may be found or the State of Texas.  I further agree and consent that the receiving state, if I am under the Interstate Compact for Adult Offender Supervision, or any state wherein I may be found while on Parole or under Parole jurisdiction, may conduct such hearings as deemed necessary, proper or which may be required by law.

    B.  In the event I am granted the privilege of residing in and being under the supervision of any other state or territory under the Interstate Compact for Adult Offender Supervision pursuant to Texas Government Code, Section 510.07 and/or rules enacted by the Interstate Commission on Adult Offender Supervision and if for any reason I may be outside of the State of Texas in violation of the terms and conditions of parole supervision I hereby agree to waive extradition to the State of Texas from any other state or territory jurisdiction in or outside of the United States where I may be found.  I futhor agree that I will not in any manner contest any effort by the State of Texas, the receiving state or territory or any other state or territory jurisdiction in or outside the United States, to return me to the State of Texas.

    C.  I shall pay, during the period of my supervision, any and all outstanding fines, court costs and fees adjudged against me, to the clerk of the court of conviction, and I agree to provide my Parole Officer with documentation verifying payment of said amounts.  I shall pay a supervision fee for each month that I am required to report to a Parole Officer as instructed by my Parole Officer.

    D.  In the event I am placed in or allowed to reside in a halfway house or community residential facility, I hereby agree to go directly to and reside in the facility designated by the Parole Division until released by the Division.  I shall abide by the rules of the facility and attend all required meetings.  I shall not leave the physical confines of the facility and the property thereof, except for traveling to and from work, or as authorized by facility rules.  During my stay, I shall pay 25% of my gross income to the facility if required.  I shall leave all keys to any motor vehicle that I have use of with facility staff when the motor vehicle is not in use.

    E.  As required by the Board, I shall obtain and keep in my possession a Texas Department of Public Safety (DPS) Personal Identification Card or Driver's License.  I shall present said identification to law enforcement or Texas Department of Criminal Justice officials upon request.

    F.  If I am released to a detainer and deported outside the international borders of the United States prior to the maximum expiration date shown on this Release Certificate, I shall not enter the United States unlawfully.  In the event that I gain lawful entry into the United States, I shall report immediately, as instructed to the office shown on this Release Certificate.  If at any time prior to the maximum expiration date shown on this Release Certificate said detaining agency fails to exercise custody, I shall immediately upon release (within 24 hours) report as instructed to the office shown on this Release Certificate.

I HEREBY CERTIFY that I fully understand and agree to be bound by each of the conditions under which I am being released.  I further understand and agree that a violation or refusal to comply with any of the conditions of supervision may be sufficient cause for revocation of supervision.  I understand that when a warrant or a summons is issued that the sentence time credit shall be suspended until a determination is made in such case and such suspended time credit may be reinstated should supervision be continued.  I UNDERSTAND AND AGREE THAT WHILE UNDER SUPERVISION I REMAIN IN THE LEGAL CUSTODY OF THE PAROLE DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE SUBJECT TO THE ORDERS OF THE BOARD AND PAROLE DIVISION.

AGREED AND SIGNED

x _____
GEORGE NEAL WILLIAMS

1-21-2010
Date

I hereby certify that these rules, regulations and conditions have been explained to the releasee and he/she has agreed to abide by the same upon release.

_____
Parole Division Representative

1-21-10
Date

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
PAROLE DIVISION
SISP / EM INSTRUCTION SHEET

Offender's Name: WILLIAMS, GEORGE N

TDCJ Unit: KYLE

Transmitter #: 103794

Monitor Type: EM

TDCJ/SID #: 1002786 / 02627182

Institutional Parole Officer: *Sampson*

Date/Time Attached: 1/21/2010 / *10:05am*

As part of your special condition SISP (Super-Intensive Supervision Program) / "T" (Electronic Monitoring), the following rules apply:

**I.    IF YOU ARE BEING RELEASED TO A PRIVATE RESIDENCE:**

1.  Report to your private residential plan directly, immediately and without delay.
2.  A monitoring device has been installed in your residence and a transmitter strapped at the ankle. These monitoring devices will monitor your activity and report violations to your Parole officer.
3.  DO NOT tamper in any way with the transmitter strapped at the ankle or the monitoring device in your residence.
4.  DO NOT unplug or relocate the monitoring device that has been placed in your residence.
5.  DO NOT place anything on top of the monitoring device.
6.  DO NOT pick up the telephone until after the second ring.
7.  DO NOT use the telephone if there is an audible alert coming from the monitoring device.
8.  DO NOT leave the telephone in an "off hook" position when not in use.
9.  If you are on the telephone and an audible alert is heard over the line, you must hang up for 10 minutes.
10. DO NOT leave the residence for any reason prior to having your initial appointment with your Parole Officer.

**II.   IF YOU ARE BEING RELEASED TO A COMMUNITY RESIDENTIAL FACILITY:**

1.  Travel to and report directly, immediately and without delay to the designated facility. The facility and your Parole Officer have been notified of your release time and will be monitoring your arrival time.
2.  This monitoring device will monitor your activity and report violations to your Parole Officer.
3.  DO NOT tamper in any way with the transmitter strapped at the ankle.
4.  DO NOT leave the facility for any reason prior to having your initial appointment with your Parole Officer.

I fully understand that violations will be reported to my parole officer and may result in an issuance of a warrant and/or revocation of my release.

x *GEORGE Neal Williams*
_____
Offender's Signature

*A. Sampson*
_____
Officer's Signature

1/21/2010
Date

1/21/2010
Date

Distribution:    Original - District Office File
                 Copy – provided to offender
                 Copy – Provided to BPP the Austin



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## PAROLE DIVISION
## ELECTRONIC MONITORING EQUIPMENT ACKNOWLEDGEMENT

NAME:     WILLIAMS, GEORGE N
TDCJ#:    1002786
SID#  :   02627182

The following equipment has been installed at my place of residence or attached to my person:

| | Equipment | Serial # | Price |
|---|---|---|---|
| ☒ | RF Patrol Bracelet | Serial #: 103794 | Price: $500.00 |
| ☐ | RF Patrol Home Unit | Serial #: | Price: $900.00 |
| ☐ | RF Patrol Cellular Home Unit | Serial #: | Price: $1260.00 |
| ☐ | Smart Passive & Active GPS Transmitter | Serial #: | Price: $100.00 |
| ☐ | Smart Miniature Tracking Device (Active) | Serial #: | Price: $900.00 |
| ☐ | Smart Wearable Miniature Tracking Device | Serial #: | Price: $825.00 |
| ☐ | Base Unit | Serial #: | Price: $350.00 |

I understand I am responsible for the equipment used during my electronic monitoring supervision and that theft or destruction of the electronic monitoring equipment (i.e. transmitter, receiver/monitor) may result in prosecution and that I may be liable for the reimbursement cost of this equipment as indicated in the above pricing schedule.

WILLIAMS, GEORGE N
Offender's Printed Name

x *GEORGE NEAL Williams*
Signature

*1-21-2010*
Date

*Sampson La Toya*
Parole Officer's Printed name

*A. Sampson*
Signature

*1-21-10*
Date

Dist:   WEBSTER DPO
        Offender
        Board File

SP-0605

```
**************************************************************************
*** REQUESTOR: LHY0690 - HYATT, LAURA T2664    PD REVIEW & RELEASE PROCESSIN ***
**************************************************************************
***             S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 292876      DATE: 12/10/09  TIME: 04:58pm  PRIORITY: 000

SUBJECT:   PHASE 1B PLACEMENT


A PHASE 1B AFTERCARE APPOINTMENT HAS BEEN SCHEDULED AS FOLLOWS:

NAME: WILLIAMS, GEORGE N
TDCJ: 1002786       SID: 02627182

VENDOR  : BAY AREA RECOVERY
ADDRESS : 503 W NASA PARKWAY
CITY/ZIP: WEBSTER TX. 77598
PHONE   :( 281 )  332 - 5428

RELEASE DATE: 01/21/10
APPOINTMENT DATE/TIME: 01/26/10  2:00PM

COMMENTS: IPTC
```

ATTENTION:
UPON COMPLETION OF THE IPTC OR SAFPF PROGRAM, THE OFFENDER IS
REQUIRED TO PARTICIPATE IN THE PHASE 1B AFTERCARE PROGRAM, PURSUANT
HB1, RIDER84 AND 501.0931, TEXAS GOVERNMENT CODE.

IDENTIFIED IPTC/SAFPF OFFENDERS WILL TRANSITION TO THE PHASE 1B
ALTERNATE RESIDENTIAL PLACEMENT IMMEDIATELY UPON RELEASE FROM THE
IPTC OR SAFPF PROGRAMMING INCLUDES:
   *THE OFFENDER SHALL BE REQUIRED TO ATTEND 6 HOURS CHEMICAL
    DEPENDENCY COUNSELING/EDUCATION GROUP HOURS WEEKLY
   *THE OFFENDER SHALL BE REQUIRED TO ATTEND 1 HOUR OF INDIVIDUAL
    CHEMICAL DEPENDENCY COUNSELING/EDUCATION WEEKLY

VIOLATION OF SPECIAL CONDITION(S) BY NOT PARTICIPATING OR REFUSING
TO ATTEND PHASE 1B AFTERCARE PROGRAMMING WILL RESULT IN APPROPRIATE
INTERVENTIONS THAT MAY INCLUDE REVOCATION.

X _George Neal Williams_                    1-21-2010
OFFENDER SIGNATURE OF ACKNOWLEDGEMENT       DATE

_L. Sams_                                   1-21-10
RELEASING OFFICER                           DATE

Sent to:   MKI1450          KIZER, MELISSA        (to)
           CWE4279          WESTON, CURTRESHA     (to)
           1BKY             (list)                (to)



# STATE OF TEXAS

### BOARD OF PARDONS AND PAROLES
## Proclamation of Revocation and Warrant of Arrest

| Date of issuance: | | | | |
|---|---|---|---|---|
| 09/21/2018 | | | | |
| **Name** | | **TDCJ#/PIA#** | **SID#** | **VR#** |
| WILLIAMS,GEORGE NEAL | | 01002786 | 02627182 | 12366489 |
| **Alias** | | | | |
| N/A | | | | |
| **Warrant#** | | | | |
| 09212018-02627182 | | | | |
| **ORI#** | **Holding Facility** | | | |
| TX227015G | TEXAS COUNTY JAIL - ECTOR COUNTY | | | |
| **Holding Facility County** | **Arrest date** | | | |
| ECTOR | 08/24/2018 | | | |

To all whom these presents shall come:

WHEREAS WILLIAMS,GEORGE NEAL was convicted of a felony offense of the Penal Code and sentenced to imprisonment in the Correctional Institutions Division of the Texas Department of Criminal Justice, was released to administrative supervision and subsequently failed to fulfill the terms and conditions of said release.

NOW, THEREFORE THE BOARD OF PARDONS AND PAROLES, by virtue of the authority vested in it under the laws of the State, does hereby REVOKE that administrative release and same shall be null and void and of no force and effect as of this date.  It is hereby ORDERED THAT A WARRANT be issued and the aforementioned person be returned to be confined in the Correctional Institutions Division of the Texas Department of Criminal Justice.

TO ANY SHERIFF, PEACE OFFICER OR OTHER PERSON AUTHORIZED BY LAW TO MAKE ARRESTS, OR THE SUPERINTENDENT, WARDEN OR OTHER PERSON IN CHARGE OF ANY JAIL, PENITENTIARY OR OTHER PLACE OF DETENTION, FEDERAL OR STATE:

WHEREAS SUBJECT, has violated the conditions of administrative release, and the Board of Pardons and Paroles has revoked same;

NOW, THEREFORE, IT IS ORDERED that any person to whom this proclamation and warrant shall come is hereby authorized and directed to arrest said fugitive administrative release violator and hold in custody, and deliver or yield said person to the custody of officers of the Correctional Institutions Division of the Texas Department of Criminal Justice of the State of Texas for return to said institution.  All parties are hereby informed that said administrative release violator waived the right of extradition as a condition of administrative release.  The process is issued upon authority of the Board of Pardons and Paroles as provided in Chapter 508 of the Texas Government Code.  THIS PROCLAMATION OF REVOCATION/WARRANT OF ARREST IS NOT SUBJECT TO BAIL.

Board of Pardons and Paroles
PO Box 13401
Austin, TX  78711
(512)406-5452
Teletype# BPPZ or ORI# TX227015G

_____

**DAVID G. GUTIERREZ, BPP Chairman**

09/21/2018
**Date**

Dist:  DPS
       TDCJ-CID
       Detaining Authority
       Supv. Off.

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.



**STATE OF TEXAS**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
PAROLE DIVISION

## Rights of the Offender in the Revocation Process

**A. To:**   WILLIAMS,GEORGE NEAL   **SID#** 02627182  **TDCJ#** 01002786  **Violation#** 12366489

It is alleged that you have violated one or more of the rules/conditions of your release. Your rights in the revocation process are listed below.

1. You have the right to be personally served with written notice of the rules and conditions you are accused of violating. That means you have the right to have someone give you written information of what conditions of release you are accused of breaking.

2. You have the right to have a preliminary hearing if you have not been convicted of a new offense. This hearing will be held at or near the place of the alleged parole or mandatory supervision violation. The purpose of the preliminary hearing is to determine whether there is probable cause or reasonable grounds to believe you violated a condition of release.

3. You have the right to have a revocation hearing if you are alleged to have committed technical violations or you are found guilty in a criminal case. However, if you receive a felony conviction with a term of incarceration in a penal institution, you will be allowed only a limited hearing in order to explain why you should not be revoked. You must request this mitigation hearing.

4. You have the right to a disclosure of evidence against you. That means you can see everything before the hearing.

5. You have the right to a state appointed attorney under certain circumstances to be determined by a hearing officer. If you qualify for that right, an attorney will be appointed to represent you. If you do not qualify for that right, you may hire an attorney to represent you.

6. You have the right to be heard in person by telling a hearing officer what happened and to present evidence such as witnesses, affidavits, letters and documents in support of your position.

7. You have the right to confront and cross-examine adverse witnesses by asking questions at the hearing unless the hearing officer specifically finds good cause for not allowing you to do so.

8. You are entitled to be heard on the violations by someone designated by the panel.

9. If your parole or mandatory supervision is revoked as a result of a hearing, you will receive a written report by the hearing officer which sets forth the evidence relied upon in support of a finding that you violated one or more conditions of your parole or mandatory supervision.

10. If revoked as a result of a hearing, you may have the right to request that the Board of Pardons and Paroles reopen the revocation hearing within sixty [60] days from the date of the Board's decision.

As indicated by my signature below, I affirm that I have been advised of my rights in the revocation process.

**Offender** X _(signature)_   Date X 8/24/18

**Witness** _(signature)_   Date 08/24/18

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.   Page 1 of 4.

To:        WILLIAMS,GEORGE NEAL          **SID#** 02627182 **TDCJ#** 01002786 **Violation#** 12366489

## B. NOTICE OF ALLEGED VIOLATIONS OF RELEASE

You are accused of violating one or more of the rules/conditions of your release as set out in the Certificate of Release, or as modified since release, to wit:

**1) Rule #   :   1**          I shall, upon release from the institution, report immediately as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

**On or About or Since:**   08/03/2018
**At/About :**   701 McDonald St,  Odessas District Parole Office, Odessa, Ector County, Texas
**Comp/Adj:**   Failure to report as instructed to my Parole Officer, Parole Officer Janet Thompson.

**2) Rule #   :   1**          I shall, upon release from the institution, report immediately as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

**On or About or Since:**   08/17/2018
**At/About :**   701 McDonald St,  Odessas District Parole Office, Odessa, Ector County, Texas
**Comp/Adj:**   Failure to report as instructed to my Parole Officer, Parole Officer Janet Thompson.

**3) Rule #   :   3**          I shall reside in a specified place as approved by my supervising officer.

**On or About or Since:**   08/21/2018
**At/About :**   2021 east 2nd st Odessa Ector County, Texas
**Comp/Adj:**   Failure to reside in a specified place as approved by my supervising officer, Parole Officer Janet Thompson

**Offender**   X _6-N._____   **Date**   X _8/24/2018_____
              (Signature acknowledging Notification of Allegations)

**1) Rule #   1**      [✓] Admit   _____
                                        Initials                          Date

**2) Rule #   1**      [✓] Admit   _____
                                        Initials                          Date

**3) Rule #   3**      [✓] Admit   _____
                                        Initials                          Date

To:          WILLIAMS,GEORGE NEAL          SID# 02627182 TDCJ# 01002786 **Violation#** 12366489

## B. NOTICE OF ALLEGED VIOLATIONS OF RELEASE

You are accused of violating one or more of the rules/conditions of your release as set out in the
Certificate of Release, or as modified since release, to wit:

**4) Rule #  :  8   T**     I shall comply with Electronic Monitoring program.
**On or About or Since:**  02/22/2017
**At/About :**       701 McDonald St,  Odessa District Parole Office, Odessa, Ector County, Texas
**Comp/Adj:**        Failed to participate in the electronic monitoring program.  Parole Officer
                     Janet Thompson

**Offender**   X _____          **Date**   X _____
              (Signature acknowledging Notification of Allegations)

**4) Rule #**  8   T       [ ]  Admit   _____          _____
                                              Initials                              Date

**To:**   WILLIAMS, GEORGE NEAL       SID# 02627182  TDCJ# 01002786  Violation# 12366489

**C. WAIVER OF HEARINGS**

1.   I do not want a PRELIMINARY hearing. I understand that the parole officer has no authority to make promises as to what will happen if I do not have a hearing. I acknowledge that a parole panel may proceed to a revocation hearing. I have not been coerced into signing this waiver.

Offender _____   Date _____

Witness _____   Date _____

2.   I do not want a REVOCATION hearing. I understand that the parole officer has no authority to make promises as to what will happen if I do not have a hearing. I also understand that the Parole Board will, in all probability, revoke. I have not been coerced into signing this waiver.

Offender _____   Date _____

Witness _____   Date _____

**D. HEARING REQUEST/SCHEDULE**

1.   I hereby request that a Preliminary hearing be held.

Offender _____   Date _____

Witness _____   Date _____

Preliminary Hearing Location _____   Date and Time of Hearing _____

2.   I hereby request that a Revocation hearing be held.

Offender _George Neal Williams_   Date _9-5-18_    *Waiver*

Witness _J. Thompson_   Date _9-5-18_

_Ector Co. Jail_   _9-6-18 @ 930_

Revocation Hearing Location       Date and Time of Hearing

**E. SUMMONS**

You are hereby ordered and summoned to appear at a preliminary/revocation hearing at the time, date and location indicated above to answer the allegations in Section B. Your rights during the hearing process are outlined in Section A.

Failure to appear as instructed may result in the issuance of a warrant for your arrest.

_____       _____
Date                         Regional Director or Designee, Parole Division

EXECUTED this _____ day of _____, 20_____ by personally delivering a copy of same to the named addressee.

                             _____
                             Parole Officer

DIST:  CENTRAL HEARING SECTION          OFFENDER/
           HEARING OFF/                 ATTORNEY/
           PAROLE OFF/

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.                                       Page 4  of  4 .

JUL-24-2017 11:28 From:                                    To:914099456000                    Page:2/10





## State of Texas

TDCJ-IV

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PARDONS AND PAROLE DIVISION
### Certificate of Parole

Date of Issuance: 12/06/2007

Name                                           TDCJ #                    SID #
WILLIAMS,GEORGE NEAL                           61002786                  02627182

Legal county of residence        Approved county of release
HARRIS                           GALVESTON        Due to: TREATMENT

Location:     Unit KY, TDCJ-ID

Cause#:       853993



The Texas Department of Criminal Justice Institutional Division (TDCJ-ID) of the State of Texas has determined that said offender is eligible for Parole under the provisions of Chapter 508, Texas Gov't. Code.   THEREFORE, the Texas Board of Pardons and Paroles (Board) hereby orders that said offender be released under Parole and shall immediately report to the office indicated below for supervision.

WEBSTER PAROLE OFFICE                    Go directly to your approved residential plan.  Report to
12484 HWY 3                              your Parole Officer by 9 A.M. the first working day after
WEBSTER, TX 77598                        release date.  Failure to do so will cancel further gate
(281)222-8500                            money and result in the issuance of arrest warrant.

and shall be permitted to be at liberty in the legal custody of the Parole Division of the Texas Department of Criminal Justice but subject to the orders of the Board and the Texas Department of Criminal Justice Parole Division. And under the rules and conditions of Parole herein, the period of Parole shall be for a period equivalent to the maximum term for which the offender was sentenced less calendar time actually served on the sentence. The time it is served under Parole is also calculated as calendar time.  The certificate shall become effective when eligibility requirements for Parole under Chapter 508, Texas Gov't. Code have been met on when Parole is ordered by the Board. And when all rules and conditions, including statutorily mandated, general and special conditions are agreed to by said offender.

STATUTORILY MANDATED CONDITIONS

Unless otherwise provided, I shall reside in the county in which I resided at the time I committed the offense for which I was sentenced to the Institutional Division or the county of the offense for which I was sentenced to the Institutional Division if I was not a resident of the State of Texas.
I shall accomplish an educational skill level that is equal to or greater than the average skill level of students who have completed the sixth grade in a public school in the State of Texas.
I shall submit to testing for alcohol or controlled substances
I shall not communicate directly or indirectly with the victim; go to or near the residence, place of employment, or business of the victim; or go to or near a school, day-care facility, or similar facility where the victim or similar child is in attendance.
I shall not have membership or knowledge communicate directly or indirectly with; nor intentionally or knowingly go near a residence, school, place of employment, or business of the offense for which I was sentenced in the Institutional Division.
I shall reimburse the State of Texas for the costs of any Sex-Offender Educational Programs in which I participated in TDCJ.
I agree that I will participate in a drug or alcohol continuum of care treatment program.
I shall register as a sex offender under Chapter 62, Code of Criminal Procedure.
I shall not go in, on or within a distance specified by parole panel of premises where children commonly gather, and shall I supervise or participate in any program that includes as participants or recipients, persons who are 17 years of age or younger, and I shall attend psychological counseling as specified by my supervision officer
I shall perform not less than 360 hours of community service at a service project designated by a parole panel.

SPECIAL CONDITIONS
I     - I shall be assigned to the maximum level of supervision or supervision caseload until appropriate level of supervision is further reassigned by objective assessment instrument and supervision case classification.
O.2S - I shall participate in a drug or alcohol abuse continuum of care treatment program.
I     - I shall submit to a substance abuse/ psychotropic treatment program, which may include urinalysis monitoring. Attendance at scheduled counseling sessions; driving restrictions or any of the related components as directed by the supervising parole officer.
X     - Not unlawfully use drugs, narcotics, or controlling substances.
I     - I will not use intoxicating beverages
X     - I will not operate alcoholic beverages
I     - I will submit to urinalysis monitoring

ISSUED BY ORDER OF THE BOARD OF PARDONS AND PAROLES AT AUSTIN, TEXAS ON THE 6TH DAY OF DECEMBER, 20__

                                              RISSIE OWENS
If Parole is satisfactorily completed, maximum expiration    BOARD OF PARDONS AND PAROLES
date will be:

*Life*                                                                          Page  1

## Certificate of Parole

| Name | TDCJ # | SID # |
|------|--------|-------|
| WILLIAMS,GEORGE NEAL | 01902788 | 02627182 |

8 - I will submit to alcohol use testing.

Y - I shall comply with Electronic Monitoring program.

Page 7

2/6



# State of Texas

TDCJ-ID

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PARDONS AND PAROLE DIVISION
#### Certificate of Parole
General conditions of parole release

Name                                          TDCJ #            SID #
**WILLIAMS,GEORGE NEAL**                       01003706          02427162

In consideration of the Parole granted me by the Board, I do hereby accept such Parole. I recognize that my release is conditioned based upon my performance of the following terms and conditions:

1. I shall upon release from the institution, report immediately as instructed to my Parole Officer thereafter, report as directed and follow all instructions from my Parole Officer.

2. I shall commit no offense against the laws of this State or of any other State or of the United States.

3. I shall reside in a specified place as approved by my supervising officer.

4. I shall not travel outside the State of Texas without the approval of my supervision officer.

5. I shall not unlawfully own, possess, use, sell, nor have under my control any weapon of illegal character.

6. I shall avoid persons or places of disreputable or harmful character.

7. I shall not enter into any agreement to act as "informer" or special agent for any law enforcement agency without specific written approval of the Parole Division Director or designee.

8. I shall abide by all Special Conditions imposed upon me by the Board.

9. General Provisions:

   A. I hereby agree to abide by all rules of Parole supervision imposed by Texas or the receiving state including, but not limited to, the requirement that I answer at any hearings or proceedings concerning alleged violations of Parole as required by the law of the receiving state, any state in which I may be found or the State of Texas. I further agree and consent that the receiving state, if I am under the Interstate Compact for Adult Offender Supervision, or any state wherein I may be found while on Parole or under Parole jurisdiction, may conduct such hearings as deemed necessary. Probation which may be required by law.

   B. In the event I am granted the privilege of residing in and being under the supervision of any other state or territory under the Interstate Compact for Adult Offender Supervision pursuant to Texas Government Code, Section 510.37 and/or rules adopted by the Interstate Commission on Adult Offender Supervision and if for any reason I may be outside of the State of Texas in violation of the terms and conditions of parole established, I hereby agree to waive extradition to the State of Texas from any other state or territory jurisdiction to or outside of the United States where I may be found. I further agree that I will not in any manner contest any effort by the State of Texas, the receiving state or territory or any other state or territory jurisdiction in or outside the United States, to return me to the State of Texas.

   C. I shall pay, during the period of my supervision, any and all outstanding fines, court costs and fees adjudged against me, to the clerk of the court of conviction, and I agree to provide my Parole Officer with documentation verifying payment of said amounts. I shall pay a supervision fee for each month that I am required to report as a Parole Officer as instructed by my Parole Officer.

   D. In the event I am placed in or allowed to reside in a halfway house or community residential facility. I hereby agree to go directly to and reside in the facility designated by the Parole Division until released by the Division, I shall abide by the rules of the facility and attend all required meetings. I shall not leave the physical confines of the facility and the premises thereof, except for traveling to and from work, or as authorized by facility rules. During my stay, I shall pay 25% of my gross income to the facility if required. I shall leave all keys to any motor vehicle that I have use of with facility staff when the motor vehicle is not in use.

   E. As required by the Board, I shall obtain and keep in my possession a Texas Department of Public Safety [DPS] Personal Identification Card or Driver's License. I shall present said identification to law enforcement or Texas Department of Criminal Justice officials upon request.

   F. If I am released to a detainer and deported outside the international borders of the United States prior to the maximum expiration date shown on this release Certificate, I shall not enter the United States unlawfully. In the event that I gain lawful entry into the United States, I shall report immediately, as instructed to the office shown on this Release Certificate. If at any time prior to the maximum expiration date shown on this Release Certificate said detaining agency falls in supervise custody, I shall immediately upon release within 24 hours report as instructed to the office shown on this Release Certificate.

I HEREBY CERTIFY that I fully understand and agree to be bound by each of the conditions under which I am being released. I further understand and agree that a violation of refusal to comply with any of the conditions of supervision may be sufficient cause for revocation of supervision. I understand that when a warrant or a summons is issued that the sentence time credit shall be suspended until a determination is made in such case and such suspended time credit may be reinstated should supervision be continued. I UNDERSTAND AND AGREE THAT WHILE UNDER SUPERVISION, I REMAIN IN THE LEGAL CUSTODY OF THE PAROLE DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE SUBJECT TO THE ORDERS OF THE BOARD AND PAROLE DIVISION.

AGREED AND SIGNED

X _George Neal Williams_                                    _1-21-2010_
GEORGE NEAL WILLIAMS                                           Date

I hereby certify that these rules, regulations and conditions have been explained to the releasee and he/she has agreed to abide by the same upon release.

_[signature]_                                               _1-21-10_
Parole Division Representative                                Date

Page 1
Last Page





### STATE OF TEXAS
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
#### PAROLE DIVISION

---

### Notice of Special Conditions

---

| To | TDCJ # | SID# |
|---|---|---|
| WILLIAMS,GEORGE NEAL | 02076973 | 02627182 |

**Date printed:**      02/21/2017

The Texas Board of Pardons and Paroles has imposed a Special Condition of your release which states:

The following Special Condition  O.01  and all components described below (if any) is/are IMPOSED as authorized by the Parole Panel.
>  Unless otherwise provided, I shall reside in the county in which I resided at the time I committed the offense for which I was sentenced to the Institutional Division, or the county of the offense for which I was sentenced to the Institutional Division if I was not a resident of the State of Texas.

The following Special Condition  O.03  and all components described below (if any) is/are IMPOSED as authorized by the Parole Panel.
>  I shall submit to testing for alcohol or controlled substances.

The following Special Condition  O.05  and all components described below (if any) is/are IMPOSED as authorized by the Parole Panel.
>  I shall participate in a drug or alcohol abuse continuum of care treatment program.

The following Special Condition  S  and all components described below (if any) is/are IMPOSED as authorized by the Parole Panel.
>  I shall submit to a substance (alcohol/ narcotics) treatment program, which may include urinalysis monitoring, attendance at scheduled counseling sessions, driving restrictions or any of the related components as directed by the supervising parole officer:

>> Not unlawfully use drugs, narcotics, or controlled substances.
>> I will not use intoxicating inhalants.
>> I will not consume alcoholic beverages.
>> Not enter an establishment where the primary function is the sale and dispensing of alcoholic beverages for on-premise consumption.
>> I will submit to urinalysis monitoring.
>> I shall obey all driving restrictions imposed by a parole panel as follows:
>>> Provide Valid drives license and motor vehicle.
>> Participate in the following substance abuse treatment program:
>>> The client is instructed to successfully complete Therapeutic Community Substance Abuse Program Phase I, II, and III, which includes attending required groups and  counseling sessions, paying fees, participating in groups, maintaining sobriety, and showing progress with substance abuse treatment program. Abstain from the use of mood  altering substances to include alcohol, "huffing", K2, Spice, Serenity (Synthetic Marijuana) and any non-illegal products used in a way to alter your mood. Instructed to  participate in Cheyenne Center residential treatment 10525 Eastex Freeway, Houston,TX and remain at treatment center until discharged by Parole Officer.
>> Attend the following substance abuse counseling session:
>>> Shall attend community-based support group sessions such as Alcoholics Anonymous (AA), Narcotics Anonymous (NA), Secular Organizations for Sobriety (SOS), or any faith based support groups a minimum of two (2) times per week.  In addition, shall participate in a peer support group such as



JUL-24-2017 11:29 From:                          To:914099456000           Page:6/10



## STATE OF TEXAS
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### PAROLE DIVISION

### Notice of Special Conditions

Winners Circle one (1) time weekly. The client will attend peer support at Cheyenne Center 10525 Eastex Freeway, Houston,TX.
I will submit to alcohol use testing.

The following Special Condition  T  and all components described below (if any) is/are IMPOSED as authorized by the Parole Panel.
I shall comply with Electronic Monitoring program

Acknowledgment:
I, GEORGE NEAL WILLIAMS ,understand that the above noted Special Condition(s) becomes effective immediately and is to be complied with in addition to my current Conditions (Rules) of Release.  I acknowledge a full understanding of the above noted Special Condition(s) of Release.

I, GEORGE NEAL WILLIAMS , understand and agree to abide by the above components of special conditions O.01,O.03,O.05,S,T as imposed or modified by my parole officer and as authorized by a parole panel.  I further understand that even if I refuse to sign this form, these components are still in effect.

_George Neal Williams_                          _2/22/2017_
GEORGE NEAL WILLIAMS                              Date

_Angela Ollis_                                  _Feb.22,2017_
WITNESS                                          Date

Current Discharge Date:        01/01/9999

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law

6/5



# BOARD OF PARDONS AND PAROLES
### Hearing Section

## WAIVER OF RIGHT TO COUNSEL

I, _____, have been advised of my conditional
<span>(Printed name and number of Offender)</span>

right to be represented by an attorney at my revocation hearing at no cost to me, or that I may be
represented by an attorney at my own expense. I wish to proceed in this matter without an
attorney. I freely and voluntarily waive my conditional right to be represented by an attorney at my
revocation hearing.

_____          _____
Signature of Offender                                              Date

## WAIVER OF MINIMUM TIME NOTIFICATION FOR
## CONDUCT OF A PRELIMINARY/REVOCATION HEARING

I, _Williams, George #100278 6_, understand that I have a right to:
<span>(Printed name and number of Offender)</span>

☐   Three (3) days notice prior to a Preliminary Hearing.

☒   Five (5) days notice prior to a Revocation Hearing.

I freely and voluntarily give up my right to the minimum notice requirement as acknowledged by
my signature below.

X _____          _9/7/2018_
Signature of Offender                                              Date

Sworn to before me, a Hearing Officer of the Texas Board of Pardons and Paroles, as authorized by
Board Rule 147.2 (a) (1).

_____          _9/6/18_
Signature of Hearing Officer                                    Date

HS-200 (R 04-98)                                                                        Page 1 of 1

Notice Hearing.

Waiver of Counsel HS-200 (Rev: 07-01-04)                                 Page 1 of 1

Rule #1 fail to report total of 2: results, Case Conferences
Rule #2 Public Intoxication Case Conference and ua Frequency increased
#8, #9, #3 fail to participate and fail to abide by rules of the Clover house Administrative Closure

**SECTION V**

**A.**     **Does the individual meet the criteria for EM and/or ISF:** ( ) Yes  ( ) No Indicate which _____

**B.**     **Proposed plan if offender is continued on supervision:**

Residence     _____UNKNOWN_____      ( ) Verified     (X) Not Verified

Employment     **UNKNOWN**_____      ( ) Verified     (X) Not Verified

                                      JANET THOMPSON          9-05-18_____

PSV-32B  10/98                          Officer/Analyst Signature         Date







# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES

### Hearing/Waiver Results

## CASE INFORMATION

| Name | TDCJ # | SID # | VR # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

| Hearing Type | Hearing Date | Release Date | |
|---|---|---|---|
| Revocation Hearing | 09/06/2018 | 01/21/2010 | |

| Warrant Issued | Warrant Executed | Release Type | HB/SB Eligible |
|---|---|---|---|
| 08/22/2018 | 08/24/2018 | PAROLE | Yes |

| Maximum Expiration Date | Attorney Present |
|---|---|
| 01/01/9999 | No |

## PRESENT OFFENSES

| Offense Date | Offense Description | Sentence | Conviction County |
|---|---|---|---|
| 01/19/2000 | POSS W/INT MANUFACT C/S COCAINE | 0Y 0M 0D | HARRIS |

## ALLEGATIONS and FINDINGS

Rule 1 - Follow instructions from my Parole Officer. I shall, upon release from the institution, report immediately as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

| Criminal Charge Type | Criminal Status | Offender Plea |
|---|---|---|
| | | Deny |

| Hearing Officer Findings | Board Analyst Findings | |
|---|---|---|
| Sustained | Sustained | |

Allegation
Failure to report as instructed to my Parole Officer, Parole Officer Janet Thompson.

Rule 1 - Follow instructions from my Parole Officer. I shall, upon release from the institution, report immediately as instructed to my Parole Officer; thereafter, report as directed and follow all instructions from my Parole Officer.

| Criminal Charge Type | Criminal Status | Offender Plea |
|---|---|---|
| | | Deny |

| Hearing Officer Findings | Board Analyst Findings | |
|---|---|---|
| Sustained | Sustained | |



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES

### Hearing/Waiver Results (contd.)

| Name | TDCJ # | SID # | VR # |
|------|--------|-------|------|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

Allegation
Failure to report as instructed to my Parole Officer, Parole Officer Janet Thompson.

## AMENDMENT(S)
NONE

## RECOMMENDATIONS

**Title**
Parole Officer
Comments

**Recommendation**
ISF

**Title**
Hearing Officer
Comments

**Name**
MUNOZ,EBAN

**Recommendation**
Non Revocation Action- Continue Supervision Reaffirm or Modify Existing Special Conditions

**Title**
Analyst

**Name**
Wilson Diane Harney-

**Recommendation**
Revoke

## DECISION

**Board Decision**
Revoke

**Date**
09/21/2018

**Special Conditions**

**Concurring votes**

**Non-Concurring votes**

GONZALEZ, RAYMOND
LAFAVERS, JAMES 'Jim'

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.



### STATE OF TEXAS
#### BOARD OF PARDONS AND PAROLES

#### Hearing/Waiver Results (contd.)

| Name | TDCJ # | SID # | VR # |
|------|--------|-------|------|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

**INSTRUCTIONS TO PAROLE OFFICER:**
1) The offender, with the Parole Officer acting as a witness, are to sign this form in the spaces provided below. If the offender refuses to sign the form, place the words "refused to sign" in the offender's signature space.
2) **For HEARINGS -**
   The offender is to be given a copy of this form as well as the attached Hearing Report.
   **For WAIVERS -**
   The offender is to be given a copy of this form ONLY.
3) Scan Offender acknowledgement into OIMS.

**OFFENDER'S MOTION TO REOPEN HEARING**
According to Board of Pardons and Paroles Rule # 146.11, the OFFENDER or OFFENDER'S attorney shall have 60 days from the date of the board panel's revocation decision to request a reopening of the case. Such request should be made only:
1) That there is new, relevant, competent evidence which is of probative value on a material issue of fact or law, not merely collateral nor cumulative, which in the exercise of reasonable diligence, was unavailable at the time of the hearing.
2) That the findings of fact and/or conclusions of law are:
   a) not supported by a preponderance of the credible evidence; or
   b) are contrary to law.
3) The procedures followed in the hearing, review and/or disposition of the case are violative of the law or rules of the Board of Pardons and Paroles.

Address your motion to Reopen to:      BOARD OF PARDONS AND PAROLES
                                       GENERAL COUNSEL
                                       8610 SHOAL CREEK BLVD.
                                       AUSTIN, TEXAS 78757

(NOTE: If the Hearing that was held was a Preliminary Hearing, the offender's signature below is simply an acknowledgement that the Preliminary Hearing Report has been received by the offender.)
By my signature below, I hereby acknowledge receipt of the report concerning the Hearing held in my case.

OFFENDER'S ACKNOWLEDGEMENT OF RECEIPT

_____

OFFENDER'S SIGNATURE _____    DATE 3-25-19

WITNESS _____    DATE



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

---

## Hearing Report
### REVOCATION-Not Waived

| Name | TDCJ # | SID # | VIOLATION # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

Alias
N/A

| Hearing date | Hearing location | | |
|---|---|---|---|
| 09/06/2018 | ECTOR CO JAIL | | |
| Start time | End time | | |
| 09:05AM | 09:50AM | | |
| Offender location | Summons hearing | Out of state offender | OOS# |
| TEXAS COUNTY JAIL - | No | No | |
| ECTOR COUNTY | Date Warrant /Summons Issued | Release Date | Discharge Date |
| | 08/22/2018 | 01/21/2010 | 01/01/9999 |
| | Date Warrant Executed | HB/SB Start | |
| | 08/24/2018 | 08/24/2018 | |

---

**Instant Offense(s):**

**Offense:**
POSS W/INT MANUFACT C/S COCAINE

| Sentence | Max expiration date |
|---|---|
| 99yr(s) 99mo(s) 99day(s) | 01/01/9999 |

---

The purpose of the Hearing was to determine if adequate grounds exist to find that the above named offender violated the conditions of release.



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

---

## Hearing Report (cont.)
### REVOCATION-Not Waived

| Name | TDCJ # | SID # | VIOLATION # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

### PARTICIPANTS

| Participant | Address | Telephone# |
|---|---|---|

**Offender**
WILLIAMS,GEORGE NEAL

Attorney

| | | |
|---|---|---|
| Parole Officer THOMPSON,JANET | 701 McDonald Odessa TX    79761 | (432)550-0131 |
| Hearing officer MUNOZ,EBAN | 701 Mcdonald Odessa TX    79761 | (432)550-0131 |

Interpreter

| PD Rep/Witness/Observer | Relationship-Other | Type |
|---|---|---|
| Cox,CPL | Bailiff/Deputy | |

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

---

## Hearing Report (cont.)
### REVOCATION-Not Waived

---

| Name | TDCJ # | SID # | VIOLATION # |
|------|--------|-------|-------------|
| WILLIAMS, GEORGE NEAL | 01002786 | 02627182 | 12366489 |

---

## PRELIMINARY MATTERS

A. The purpose of the hearing and its implications were explained to the parties present.

B. All persons who participated in the hearing were sworn to tell the truth by the Hearing Officer.

C. The Rule was not invoked.

D. There was not a challenge to the neutrality of the Hearing Officer.

E. Rights of the Offender:
    1. Rights were read and reviewed and Offender voiced an understanding of them.

F. Attorney appointment:
Offender was not appointed a State attorney for the following reasons:
Allegations not complex
Offender understands proceeding and can speak for himself

Attorney Determination Comments:
Offender has an IQ of 103 and obtained a High School diploma. Offender denied any history of mental health issues. Offender appeared lucid and articulate enough to understand the Hearing process.

G. Amendment/Additions to Allegations listed on the charging instrument:
NONE

H. A Preliminary Hearing was not held.

I. Other preliminary matters:
No attorney was present or expected. No witnesses were subpoenaed. The hearing was scheduled to convene at 9:30am and started early at 9:05am due to an earlier hearing ending early. Offender and Parole Officer were not expecting witnesses. This is a Senate Bill 880 case. Offender is on the Substance Abuse Caseload.

J. Additional information/status of criminal law charges: NONE

K. Motions/Objections and Rulings/Determinations made during the Hearing:
    NONE



**STATE OF TEXAS**
**BOARD OF PARDONS AND PAROLES**
HEARING OPERATIONS

**Hearing Report (cont.)**
REVOCATION-Not Waived

| Name | TDCJ # | SID # | VIOLATION # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

**EXHIBITS**
The following documents were taken into evidence as exhibits and marked as follows:

State exhibits:
  A  -  Certificate of Release: 5 pages.
  B  -  Violation Report: dated 8/22/18, (5 pages)
  C  -  Reporting Instructions, dated 7/31/18, (1 page)
  D  -  Adjustment Statement: dated 9/5/18, (2 pages)

Defense exhibits:
NONE



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

## Hearing Report (cont.)
REVOCATION-Not Waived

| Name | TDCJ # | SID # | VIOLATION # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

## FACT FINDINGS AND CONCLUSIONS

**Evidence Standard**
Preponderance of Evidence

A.   I find Offender is under the authority of Board of Pardons and Paroles and is subject to the rules and conditions of his/her administrative release

B.   I make the following findings in regard to the allegations:

**Group A**

**Rule # 8.T          Electronic Monitoring Program**
On or About or Since:          02/22/2017
At or About:      701 McDonald St,  Odessa District Parole Office, Odessa,
                  Ector County, Texas
Complainant/Adjudication/Other:
      Failed to participate in the electronic monitoring program.  Parole Officer
      Janet Thompson
Offender Plea:      Deny
Conclusion: Not Sustained
*I conclude OFFENDER did not violate rule.*

**Rule # 1 Follow instructions from my Parole Officer.**
On or About or Since:      08/03/2018
At or About:      701 McDonald St,  Odessas District Parole Office, Odessa,
                  Ector County, Texas
Complainant/Adjudication/Other:
      Failure to report as instructed to my Parole Officer, Parole Officer Janet
      Thompson.
Offender Plea:      Deny
Conclusion: Sustained
*I conclude OFFENDER did violate rule.*

**Rule #  1 Follow instructions from my Parole Officer.**
On or About or Since:      08/17/2018
At or About:      701 McDonald St,  Odessas District Parole Office, Odessa,
                  Ector County, Texas
Complainant/Adjudication/Other:
      Failure to report as instructed to my Parole Officer, Parole Officer Janet
      Thompson.
Offender Plea:      Deny
Conclusion: Sustained
*I conclude OFFENDER did violate rule.*

**Rule #  3 Reside in an approved place. I shall reside in a specified place as approved by my supervising officer.**
On or About or Since:      08/21/2018
At or About:      2021 east 2nd st Odessa Ector County, Texas



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

---

## Hearing Report (cont.)
### REVOCATION-Not Waived

---

| Name | TDCJ # | SID # | VIOLATION # |
|---|---|---|---|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

**Complainant/Adjudication/Other:**
Failure to reside in a specified place as approved by my supervising officer,
Parole Officer Janet Thompson
**Offender Plea:** Deny
Conclusion: Not Sustained
I conclude OFFENDER did not violate rule.

**Evidence:**    Exhibit A
Exhibit B
Exhibit C

PAROLE OFFICER'S testimony, Officer reported that on 7/31/18 while at the Parole Office, the offender was given hand written instructions to report on 8/3/18. Offender failed to report. She stated the offender did call and stated he could not report due to his school schedule. He was asked to come in the next day and he did not. Officer stated that the offender kept telling her he would come in the next day but never showed up. On 8/16/18 she went to his approved residence and left a card instructing him to report on 8/17/18. Offender failed to report. She stated that the offender was no longer residing at his approved residence per the manager. Offender provided the officer with a vague new address, however, should could not verify it. On 2/22/17 the offender left the Austin Center, HWH without a leg monitor. He was released by Parole without strapping him up.

OFFENDER'S testimony, offender reported that he told his PO that his schedule did not make it possible for him to report. He stated he could not miss class. He stated he told his PO. He stated that he was living at his approved residence.

---

**Hearing officer comments**
Offender did not receive adequate notice in regards to the date, time and location of the hearing. He was afforded the opportunity to request a continuance, but elected to proceed with the hearing as scheduled. Offender waived the minimum notice requirement for a revocation hearing and the waiver is attached to this report. At the conclusion of the hearing the Offender expressed an understanding of the hearing process and indicated that he had the opportunity to state what he wanted to state.

---

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.



**STATE OF TEXAS**
**BOARD OF PARDONS AND PAROLES**
HEARING OPERATIONS

---

**Hearing Report (cont.)**
REVOCATION-Not Waived

---

| Name | TDCJ # | SID # | VIOLATION # |
|------|--------|-------|-------------|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

**ADJUSTMENT PHASE**

No Parole Officer Adjustment Taken.

**ISF / SAFPF Eligibility**
ISF Eligible
SAFPF Eligible

**Offender**

Offender reported that he was a Full Time student and felt the Parole Division was retaliating against him and would not work with him. He stated he had filed a grievance. He stated in the past he did resort to drug use due to trying to cope. He stated he always responded to his Parole Officer. He state he had lost his student housing due this arrest. He provided the following Placement Plan

Barry Williams (brother)
521 Kansas
League City, Texas 77573
281-757-6977. Not verified.



# STATE OF TEXAS
## BOARD OF PARDONS AND PAROLES
### HEARING OPERATIONS

### Hearing Report (cont.)
REVOCATION-Not Waived

| Name | TDCJ # | SID # | VIOLATION # |
|------|--------|-------|-------------|
| WILLIAMS,GEORGE NEAL | 01002786 | 02627182 | 12366489 |

RECOMMENDATIONS

Recommendation by parole officer
ISF

Recommendation by hearing officer
Non Revocation Action- Continue Supervision
Reaffirm or Modify Existing Special Conditions

Recommended special conditions

Recommended special conditions

Submitted by

_____
HEARING OFFICER

9/17/18
Date

ATTACHMENTS
RIGHTS OF OFFENDER IN THE REVOCATION PROCESS CHARGING INSTRUMENT
OTHER -   audio recording

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.

SCANNED INTO ONBASE

MAY 0 3 2019

BY:

RECEIVED BY CFCU

APR 2 6 2019